# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOHN DOE,**

    **Plaintiff,**

**vs.**                                        **Case No. 4:22cv241-AW-MAF**

**FLORIDA DEPARTMENT OF**
**LAW ENFORCEMENT,**

    **Defendant.**
**_____/**

## O R D E R

Plaintiff, proceeding pro se, initiated this case on July 5, 2022, ECF No. 1, and sought to proceed with the use of a pseudonym, John Doe. ECF No. 4. Plaintiff has now filed a motion, ECF No. 7, seeking to amend the complaint and add a Defendant.

An Order, ECF No. 6, was entered on July 15, 2022, just prior to Plaintiff's filing of the instant motion. The Order denied Plaintiff's request to proceed as a "John Doe" plaintiff and required him to file an "amended complaint" in his legal name. Because Plaintiff has been required to file an amended complaint, Plaintiff's motion to amend, ECF No. 7, is denied as

moot.  Notwithstanding, Plaintiff may add any person as a Defendant in this case if there is a factual and legal basis to do so, and if the claims brought against all Defendants share "any question of law or fact" as required by Rule 20, Federal Rules of Civil Procedure.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's motion for leave to amend, ECF No. 7, is **DENIED as moot**.

2.  Plaintiff has until **August 15, 2022**, in which to file an amended complaint as previously directed.  ECF No. 6.

3.  **Failure to file the amended complaint as directed will result in a recommendation of dismissal of this action.**

4.  The Clerk of Court shall return this file upon receipt of Plaintiff's amended complaint, or no later than August 15, 2022.

**DONE AND ORDERED** on July 19, 2022.

S/   Martin A. Fitzpatrick
MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Case No. 4:22cv241-AW-MAF