IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN DOE,**

    **Plaintiff,**

v.                                        Case No. 4:22-cv-241-AW-MAF

**FLORIDA DEPARTMENT OF LAW
ENFORCEMENT,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's October 12, 2022 Report and Recommendation, ECF No. 14, to which there has been no objection. It is now ORDERED:

1. The Report and Recommendation is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order."

3. The clerk will then close the file.

SO ORDERED on November 14, 2022.

                                                s/ *Allen Winsor*
                                                United States District Judge